NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUEST INTEGRITY USA, LLC,**
*Plaintiff-Appellant*

**v.**

**CLEAN HARBORS INDUSTRIAL SERVICES, INC.,**
*Defendant-Appellee*

---

2017-1948

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-01482-SLR, Judge Sue L. Robinson.

------------------------------------------------------------------------------

**QUEST INTEGRITY USA, LLC,**
*Plaintiff-Appellant*

**v.**

**COKEBUSTERS USA INC.,**
*Defendant-Appellee*

---

2017-2423

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-01483-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, NEWMAN and LOURIE, *Circuit Judges.*

LOURIE, *Circuit Judge.*

**O R D E R**

Quest Integrity USA, LLC and Clean Harbors Industrial Services, Inc. jointly move for a limited remand in Appeal No. 2017-1948.

Quest and Clean Harbors state that they have entered into a settlement agreement and that the district court has indicated that if the case were remanded it would vacate its *Markman* order (D.I. 137), opinion (D.I. 247), summary judgment order (D.I. 248), and final judgment (D.I. 249); dismiss Clean Harbors' motion for attorneys' fees (D.I. 251) and bill of costs (D.I. 259); and dismiss all claims and counterclaims with prejudice and with each party bearing its own fees and costs for the district court litigation and Appeal No. 2017-1948.

We grant the parties' motion so that the district court may consider a motion seeking the requested relief. In granting this motion, this court takes no position on the propriety or necessity of any vacatur, leaving it to the district court to apply the principles enunciated in *U.S. States Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18, 29 (1994). We retain jurisdiction so that any of the parties in Appeal No. 2017-1948 may seek appellate review by promptly notifying the court of entry of the district court's decision on remand. The appeal is held in abeyance pending the resolution of the motion.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand Appeal No. 2017-1948 is granted to the limited extent explained above. The court retains jurisdiction over the appeal at this time.

(2) Proceedings in Appeal No. 2017-1948 are stayed pending the district court's ruling on a motion for the relief detailed above. Within seven days of the date of the district court's ruling on the motion, the parties are directed to inform this court how they believe this appeal should proceed.

(3) Appeal No. 2017-1948 and Appeal No. 2017-2423 are deconsolidated.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25