NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUEST INTEGRITY USA, LLC,**
*Plaintiff-Appellant*

**v.**

**COKEBUSTERS USA INC.,**
*Defendant-Appellee*

---

2017-2423

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-01483-SLR, Judge Sue L. Robinson.

---------------------

**QUEST INTEGRITY USA, LLC,**
*Plaintiff-Appellant*

**v.**

**A.HAK INDUSTRIAL SERVICES US, LLC,**
*Defendant-Appellee*

---

2018-1002

---

Appeal from the United States District Court for the Western District of Washington in No. 2:14-cv-01971-RAJ, Judge Richard A. Jones.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

These appeals (Nos. 17-2423 and 18-1002) are set for oral argument on March 4, 2019. Having considered the parties' responses to the court's February 15, 2019 Order, the court orders as follows.

IT IS ORDERED THAT:

1. Appeal No. 18-1002 will be removed from the argument calendar. Within thirty days of the date of this Order, the parties are directed to inform this court of the status of the joint motion for an indicative ruling to vacate and dismiss that is pending in the district court.
2. Appeal No. 17-2423 will be argued as scheduled.

FOR THE COURT

February 21, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court