NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUEST INTEGRITY USA, LLC,**
*Plaintiff-Appellant*

**v.**

**COKEBUSTERS USA INC.,**
*Defendant-Appellee*

---

2017-2423

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-01483-SLR, Judge Sue L. Robinson.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

Having considered the parties' briefs, the court orders supplemental briefing as follows.

IT IS ORDERED THAT:

The parties submit supplemental briefing on:

(1) Whether any claim limitation at issue here should be deemed to lack patentable significance under the printed matter doctrine. *See*, *e.g.*, *Praxair Distribution, Inc. v. Mallinckrodt Hosp. Prod. IP Ltd.*, 890 F.3d 1024, 1031–35 (Fed. Cir. 2018).

(2) Whether a printed matter issue was raised in the district court and, if not, whether this court may and should consider the issue sua sponte. *See*, *e.g.*, *Singleton v. Wulff*, 428 U.S. 106, 120 (1976); *Hormel v. Helvering*, 312 U.S. 552, 556 (1941); *Automated Merch. Systems, Inc. v. Lee*, 782 F.3d 1376, 1379–80 (Fed. Cir. 2015); *Forshey v. Principi*, 284 F.3d 1335, 1356–57 (Fed. Cir. 2002).

The parties shall file simultaneous supplemental briefs that address those questions by the close of business on February 27, 2019. Each party is limited to ten pages.

FOR THE COURT

February 21, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court