FL FULKERSON LOTZ LLP

Thomas M. Fulkerson | PARTNER

4511 Yoakum Blvd. | Suite 200 | Houston, TX 77006
OFFICE 713-654-5800 | FAX 713-654-5801
DIRECT 713-654-5888 | EMAIL tfulkerson@fulkersonlotz.com

March 6, 2019

**VIA ECF FILING**
Peter Marksteiner
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

Re: *Quest Integrity USA, LLC v. Clean Harbors Industrial Services, Inc., et al.*, Nos. 2017-2423

Dear Mr. Marksteiner:

During our recent oral argument in this matter, I gave incomplete or inaccurate guidance to the court on certain pin citations.

- In response to questions directed to the use of the BendDetect.M program, I referred the panel to "paragraph 36" of Plaintiff's expert reports when paragraph **9**6 is the operative paragraph. Master Appendix of the Joint Record, Part 7, at 18765.

- In responses directed to the "BendDetect.M" program of 2002, it appears at Confidential Joint Appendix, Vol. II, p. 16988 at lines 8-27, not line 42;

- In response to questions relating to the accuracy of data in the Norco-style report: Joint Appendix, Vol. II, p. 16,546 "Warranty" and Fig. 4, p. 16613 "position;" and 2002 "ICE" Brochure, Confidential Joint Appendix III, p. 16691, bottom left cell; and

- The citation to the Supplemental Declaration of Dr. Schaefer and Mr. Rau concerning relating to claim 30 in the Confidential Joint Appendix is incomplete. Please see the Master Appendix, Part 7, p. 19179, ¶3, 19184 ¶ 11-19195, ¶ 26.

We hope this clarifies the record.

Very truly yours,

Thomas M. Fulkerson