# United States Court of Appeals for the Federal Circuit

---

**QUEST INTEGRITY USA, LLC,**
*Plaintiff - Appellant*

**v.**

**COKEBUSTERS USA INC.,**
*Defendant - Appellee*

---

2017-2423

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-01483-SLR, United States District Judge Sue L. Robinson.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

May 21, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court